# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**STANFORD R. TONEY**                                                                      **PLAINTIFF**
**#122467**

**v.**                                         **CASE NO. 2:25-CV-00257-BSM**

**EMSWELLER,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE